**UNITED STATES of America,**
**Appellee,**

v.

**Manuel SAENZ–SALAS, Appellant.**

No. 02–2482.

United States Court of Appeals,
Eighth Circuit.

Submitted Dec. 20, 2002.

Decided Dec. 30, 2002.

Before MORRIS SHEPPARD ARNOLD, MURPHY, and MELLOY, Circuit Judges.

PER CURIAM.

Manuel Saenz–Salas pleaded guilty to intentionally reentering the United States without permission following his conviction for an aggravated felony and subsequent deportation, in violation of 8 U.S.C. § 1326(a) and (b)(2). At sentencing, the district court [1] denied Saenz–Salas's request for a downward departure based on the overrepresentation of his criminal history, and then sentenced him to 41 months imprisonment and 3 years supervised release.

On appeal, Saenz–Salas's counsel has filed a brief and moved to withdraw under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing the district court abused its discretion in

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

1. The Honorable Ronald E. Longstaff, Chief Judge, United States District Court for the Southern District of Iowa.

denying the downward departure. We conclude that the ruling is unreviewable, because the district court's refusal to depart was a discretionary decision. *See United States v. Lopez–Arce*, 267 F.3d 775, 783–84 (8th Cir.2001). Upon reviewing the record independently under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no non-frivolous issues. Accordingly, we affirm. We also grant counsel's motion to withdraw.